# United States District Court
# Northern District of California

2013 JAN 15  P 12: 07

## CRIMINAL COVER SHEET

**Instructions**: Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:** USA v. ROBERTO DANIEL SARABIA

**Case Number:** CR 13 031 EMC

**Total Number of Defendants:**
1 ✓    2-7 ___    8 or more ___

**Is This Case Under Seal?**
Yes ___    No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ✓    No ___

**Venue (Per Crim. L.R. 18-1):**
SF ✓    OAK ___    SJ ___

**Is this a death-penalty-eligible RICO Act gang case?**
Yes ___    No ✓

**Assigned AUSA (Lead Attorney):**
Mark Kang

**Comments:**

**Date Submitted:**
01/15/2013

December 2011

PRINT