PROB 13E
(9/87)

# UNITED STATES DISTRICT COURT

#42052/AJ
RECEIVED
FEB 19 2013
US PROBATION OFFICE
NORTHERN DIST CALIF
SAN FRANCISCO

CR-13—0031 EMC

__NORTHERN__ DISTRICT __OF CALIFORNIA__

**Consent to Institute a Presentence Investigation and Disclose the Report
Before Conviction or Plea of Guilty**

I, __Roberto Daniel Sarabia__, hereby consent
(Name of Defendant)
to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

__1-30-13__     __Roberto Daniel Sarabia__
(Date)          (Signature of Defendant)

January 25, 2013     _/s/_
(Date)               (Defendant's Attorney)